# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 0:18-cr-11-DWF-KMM-1 |
| Plaintiff, | |
| v. | **ORDER** |
| Jon William Guess, | |
| Defendant. | |

This matter is before the Court on the Mr. Guess's motions for discovery and disclosure. The Court held a hearing on the motions on June 13, 2018. Based on the motions that were filed, the written responses, and the arguments presented at the hearing, the Court enters the following Order.[1]

### 1. Mr. Guess's Motion to Produce 404(b) Evidence (ECF No. 30)

Mr. Guess's motion for disclosure of Rule 404(b) evidence is **GRANTED**. The government shall disclose any evidence it intends to offer at trial pursuant to Fed. R. Evid. 404(b) at least **two weeks** before trial.

---

[1] The Court will separately issue a report and recommendation on Mr. Guess's motion to suppress evidence obtained as a result of search and seizure. (ECF No. 37.)

### 2. Mr. Guess's Motion for Counsel to Participate in Voir Dire (ECF No. 31)

Mr. Guess's motion for counsel to participate in voir dire is **DENIED WITHOUT PREJUDICE** because it is premature. Judge Frank will consider Mr. Guess's requests regarding voire dire during the pretrial conference in this matter.

### 3. Mr. Guess's Motions for Disclosure of Evidence Favorable to the Defendant (ECF Nos. 32, 35)

Mr. Guess's motions for disclosure of favorable evidence are **GRANTED**. The government is obligated to disclose evidence favorable to the defendants as required by *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and their progeny. These cases place an ongoing obligation on counsel for the government to disclose exculpatory evidence and impeachment material to the defendants.

### 4. Mr. Guess's Motion for Discovery (ECF No. 33)

Mr. Guess's motion for discovery and inspection is **GRANTED** to the extent it seeks discovery and disclosure consistent with Fed. R. Crim. P. 16. The government shall continue to comply with its discovery and disclosure obligations.

### 5. Mr. Guess's Motion for Discovery of Expert (ECF No. 34)

Mr. Guess's motion for expert discovery is **GRANTED**. The government shall make its expert disclosures as **three weeks** prior to trial. Any expert disclosures to be made by Mr. Guess must be completed by **two weeks** before trial.

6. **Mr. Guess's Motion for Early Disclosure of Jencks Act Material (ECF No. 36)**

Mr. Guess's motion for early disclosure of Jencks Act material is **DENIED**. The Jencks Act provides that the government "need not produce Jencks statements prior to a witness' testimony on direct examination." *United States v. Douglas*, 964 F.2d 738, 741 & n.2 (8th Cir. 1992) (citing 18 U.S.C. § 3500(b) and discussing the government's option to make earlier voluntary disclosure, such as through an "open file policy"). At the hearing, the government indicated that it has provided substantial discovery in this case, beyond that required by the rules, reserving only limited witness information. To the extent any Jencks Act material has not yet been shared, the government has agreed to provide it to the defense one week before trial.

7. **Mr. Guess's Motion for Discovery of Law Enforcement Canine Evidence (ECF No. 38)**

Mr. Guess's motion for discovery of law enforcement canine evidence is **DENIED as moot**. Both the government and Mr. Guess indicate that the requested evidence was disclosed ahead of the hearing. If the government discovers additional evidence regarding the law enforcement canine, it must promptly inform Mr. Guess.

Date: June 14, 2018                         *s/Katherine Menendez*
                                            Katherine Menendez
                                            United States Magistrate Judge